IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01201-MSK-BNB

JOLENE SCHNEIDER, and
BRENDA STROMAN,

Plaintiffs,

v.

WINDSOR-SEVERANCE FIRE PROTECTION DISTRICT, a/k/a Windsor-Severance Fire Rescue,

Defendant.
_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. The proposed scheduling order was refused for reasons stated on the record.

IT IS ORDERED that on or before **October 8, 2012**, the parties shall submit a revised proposed scheduling order, modified as discussed at the scheduling conference this afternoon.

Dated September 28, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge