**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover  
Court Reporter: Terri Lindblom

Date: July 15, 2014

Civil Action No. 12-cv-01201-MSK-BNB

*Parties*:

JOLENE SCHNEIDER and
BRENDA STROMAN,

       Plaintiffs,

v.

WINDSOR-SEVERANCE FIRE PROTECTION
DISTRICT a/k/a Windsor-Severance Fire Rescue,

       Defendant.

*Counsel Appearing:*

Rosemary Orsini

Mark Overturf
Meredith McDonald

## COURTROOM MINUTES

HEARING: Final Pretrial Conference.

**4:17 p.m.     Court in session.**

Parties are present. Karen Kunz and Todd Vess are present on behalf of defendant.

**PENDING MOTIONS.**

The Court addresses Joint Motion to Amend/Modify (**Doc. #61**).

**ORDER:**     Joint Motion to Amend/Modify (**Doc. #61**) is **GRANTED.**

The Court addresses the inadequacy of the proposed final pretrial order.

The Court advises the parties that the case is not ready to be set for trial.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page Two

**ORDER**:   Revised Final Pretrial Order, exhibit/witness lists, proposed *voir dire* and jury instructions all will be filed by **August 29, 2014.** Further final pretrial conference is set on **October 1, 2014 at 4:00 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO. The parties need not attend this hearing.

**5:02 p.m.**   **Court in recess.**

**Total Time:   45 minutes.**
**Hearing concluded.**