IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01201-MSK-BNB

JOLENE SCHNEIDER, and
BRENDA STROMAN,

Plaintiffs,

v.

WINDSOR-SEVERANCE FIRE PROTECTION DISTRICT, a/k/a Windsor-Severance Fire Rescue,

Defendant.

_____

**ORDER**
_____

This matter arises on **Defendant's Motion to Strike Plaintiff Jolene Schneider's Claim for Lost Wages and Benefit Damages Pursuant to Fed. R. Civ. P. 37(c)** [Doc. # 77, filed 8/28/2014] (the "Motion to Strike"). I held a hearing on the Motion to Strike this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Strike [Doc. # 77] is DENIED.

(2) To cure any prejudice or surprise resulting from the late production of documents, Jolene Schneider shall produce, on or before October 6, 2014, her tax returns, joint or individual, for the relevant period, and all documents in her possession, custody, or control concerning the issue of lost benefits. Ms. Schneider's deposition may be reopened for a period of not more than 3 hours on the issues of lost wages and benefits. The reopened deposition shall be completed no later than October 31, 2014.

Dated September 25, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge