IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01201-MSK-BNB

JOLENE SCHNEIDER; and
BRENDA STROMAN

      Plaintiffs,

v.

WINDSOR-SEVERANCE FIRE PROTECTION DISTRICT,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER comes before the Court on the Joint Motion for Dismissal, With Prejudice (Motion) **(#107)** filed November 3, 2014. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Plaintiffs against Defendant are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 13th day of November, 2014.

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  Chief United States District Judge